AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PRIMERICA LIFE INSURANCE COMPANY, a Tennessee corporation,
*Plaintiff,*
v.
SUNSHINE SHIRLEY; S.S., a minor; NAKUMA DEAN; and JOHN A. HERNANDEZ,
*Defendants.*
JOHN A. HERNANDEZ,
*Cross Claimant,*
V.
S.S., a minor, and NAKUMA DEAN,
*Cross Defendants.*

)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2020

SEAN F. McAVOY, CLERK

Civil Action No. 1:20-CV-03027-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Cross-Claimant John Hernandez's Motion for Entry of Default Judgment Against Cross-Defendant Nakuma Dean (ECF No. 24) is GRANTED.
Default Judgment is entered against Cross-Defendant Nakuma Dean on the cross-claim only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Entry of Default Judgment.

Date: 9/11/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams